UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GREGORY RICHARDS,

    **Plaintiff,**

v.

RODERICK J. MCDAVIS, et al.,

    **Defendants.**

Case No. 2:12-cv-846
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Norah McCann King

## SCHEDULING ORDER

This Order memorializes the conference held on September 14, 2012, pursuant to Local Rule 65.1. S. D. Ohio Civ. R. 65.1. As a result of that conference, the Court schedules a telephone status conference for September 18, 2012 at 9:30 a.m. and a Temporary Restraining Order/Preliminary Injunction Hearing for September 21, 2012 at 9:00 a.m.

**IT IS SO ORDERED.**

September 14, 2012
DATE

/s/ *Edmund A. Sargus, Jr.*
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE