AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**GREGORY RICHARDS,**

    **Plaintiff,**

**v.**

**RODERICK J. MCDAVIS, et al.,**

    **Defendants.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO. 2:12-CV-846**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE NORAH MCCANN KING**

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed September 19, 2013, JUDGMENT is hereby entered DISMISSING this action.**

Date: September 19, 2013          JOHN P. HEHMAN, CLERK

                                               */S/ Andy F. Quisumbing*
                                               (By) Andy F. Quisumbing
                                               Courtroom Deputy Clerk